# CASE ANNOUNCEMENTS

*March 28, 2014*

[Cite as *03/28/2014 Case Announcements*, 2014-Ohio-1258.]

## MOTION AND PROCEDURAL RULINGS

**2014–0286.   Kehoe v. Kehoe.**
Cuyahoga App. No. 99404, 2013-Ohio-4907. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the suggestion of bankruptcy, it is ordered by the court that this cause is stayed pending resolution of the bankruptcy case. The parties shall notify this court immediately upon conclusion of the bankruptcy proceedings.

## MISCELLANEOUS DISMISSALS

**2014–0247.   Barker v. Emergency Professional Servs., Inc.**
Trumbull App. Nos. 2012–T–0097 and 2013–T–0026, 2013-Ohio-5818. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*March 31, 2014*

[Cite as *03/31/2014 Case Announcements*, 2014-Ohio-1292.]

## MOTION AND PROCEDURAL RULINGS

**2011–0451.   State v. Herring.**
Mahoning App. No. 08–MA–213, 2011-Ohio-662. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County.

Upon consideration of appellee's motion to enlarge the time for oral argument scheduled on Tuesday, April 29, 2014, it is ordered by the court that the motion is denied.

**2013–0514.   Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–A–2823 and 2012–A–3289. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's motion to direct the Franklin County Court of Common Pleas and the Franklin County Board of Revision to certify the full record, it is ordered by the court that the motion is denied.